# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2006

130088 (28)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

GREGORY RICHARD MOX,
          Defendant-Appellant.

_____/

Clifford W. Taylor,
*Chief Justice*

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
*Justices*

SC: 130088
COA: 261954
Macomb CC: 92-001186-FC

By order of April 28, 2006, the motion to remand and the application for leave to appeal the October 20, 2005 order of the Court of Appeals were denied. On order of the Court, defendant's motion to object is also DENIED.

KELLY, J., not participating.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2006

s0522

_____
Clerk